**UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GLADYS MCKNIGHT,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

CASE NO. 11-15549

HON. MARIANNE O. BATTANI

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

        Plaintiff Gladys McKnight brings this petition for social security disability benefits pursuant to 42 U.S.C. § 405(g). The case was referred to Magistrate Judge Mona Majzoub pursuant to 28 U.S.C. § 636(b)(1). After both parties filed motions for summary judgment, the Magistrate issued a Report and Recommendation ("R&R") recommending Plaintiff's motion be denied and Defendant's motion be granted.

        In her R&R, the Magistrate Judge informed the parties that objections to the R&R must be filed within "14 days of service of a copy hereof" and a "[f]ailure to file specific objections constitutes a waiver of any further rights of appeal." R&R at 9. Neither party filed an objection.

        Because no objections have been filed in this case, the parties waived their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's report and recommendation, **GRANTS** Defendant's motion for summary judgment, and **DENIES** Plaintiff's motion for summary judgment.

**IT IS SO ORDERED.**

                                            s/Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            UNITED STATES DISTRICT JUDGE

DATE: March 8, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via the Court's ECF Filing System.

                                            s/Bernadette M. Thebolt
                                            Case Manager